PK

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 13 2018
MAGISTRATE JUDGE
DANIEL G. MARTIN

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

Defendant.

Case Number **18 CR 358**

**Javier Gonzalez-Loza**

Judge **Martin**

## ORDER
## APPOINTING COUNSEL UNDER CJA

**Person Represented:** Javier Gonzalez-Loza             **Under SEAL** YES or **NO**

**Defendant number:** _____

**Payment Category:**   APPEAL   (FELONY)   MISDEMEANOR   PETTY OFFENSE   OTHER

**Type of Person Represented:**   (ADULT)   JUVENILE   OTHER

**Representation Type:**   BP   (CC)   CF   CH   DRI   EW   EX   HC   JU   MA   JRV   JHB
MC   ML   NT   OT   PA   PR   PT   SR   WI   WW

**Attorney Name:** D'Anthony Thedford

**Court Order:**
(APPOINTING COUNSEL)          SUBS FOR FEDERAL DEFENDER
CO-COUNSEL                    SUBS FOR PANEL ATTORNEY
STANDBY COUNSEL               SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** Daniel G. Martin

**Date of Order:** 6/13/2018             **Nunc Pro Tunc Date:** _____ or NONE

---

## ORDER
## APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**   YES                                **Under SEAL** YES or **NO**

Prior authorization shall be obtained for services in excess of $800.
**Expected to exceed**   YES   NO     **Prior Authorization Approved**   YES   NO

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____       **Nunc Pro Tunc Date:** _____ or NONE